IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY M. MOORE,

    Plaintiff,                                  No. 2:12-cv-2125-LKK-EFB PS

    vs.

WELLS FARGO BANK, N.A.;
CAL-WESTERN RECONVEYANCE
CORPORATION; DOES 1-20, inclusive,

    Defendants.                              ORDER
_____/

On September 24, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 24, 2012, are ADOPTED;

2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of Placer; and

1

3. Wells Fargo's motion to dismiss, Dckt. No. 6, and plaintiff's motion to amend, Dckt. No. 10, are denied as moot.

DATED: October 26, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT